AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

Case 4:06-cr-00410-BRW Document 294 Filed 10/02/14 Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT - 2 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case-AMENDED* |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| KENNETH LLOYD ROBERTS | |

Case No. 4:06-CR-00410-04-BRW*

USM No. 24462-009

Latrece Gray
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    General    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Commission of another federal, state or local crime. | 11/01/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __2385__

Defendant's Year of Birth:    1980

City and State of Defendant's Residence: _____

09/25/2014
Date of Imposition of Judgment

_[signature]_
Signature of Judge

BILLY ROY WILSON,    U.S. District Judge
Name and Title of Judge

10-2-2014
Date

DEFENDANT: KENNETH LLOYD ROBERTS
CASE NUMBER: 4:06-CR-00410-04-BRW*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

1 year and a day, with no term of Supervised Release to follow. All previously imposed conditions of release remain in full force and effect until the defendant surrenders for service of sentence.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration. The Court also recommends the defenfant be designated to SPC Millington, TN or FCI Memphis, TN.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☑ before 2 p.m. on   10/27/2014   .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL